360 A.2d 664

COMMONWEALTH

v.

KOZELL, Appellant.

Argued March 16, 1976.

James T. Vernile, for appellant; Henry S. Kenderdine, Jr., Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.